# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **SHARON LOUISE MOORE,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:19CV00006 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **ANDREW SAUL, COMMISSIONER** | ) | By: James P. Jones |
| **OF SOCIAL SECURITY,** | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

Summary judgment having been granted to Defendant, it is **ADJUDGED AND ORDERED** that final judgment is entered in favor of the Defendant.

The Clerk is directed to close the case.

ENTER: March 12, 2020

/s/ *JAMES P. JONES*
United States District Judge